```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 30587
    WALTER T KOZIOL
    FRANCES J KOZIOL                        CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-4883     SSN XXX-XX-7679


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/18/04 and confirmed on 10/29/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  90000.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
GREAT LAKES CREDIT UNION   CURRENT MORTG         .00           .00            .00
GREAT LAKES CREDIT UNION   SECURED           2006.09         70.43        2006.09
AMERICAN AIRLINES          UNSECURED         NOT FILED        .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED        11302.35          .00         8685.05
RESURGENT CAPITAL SERVIC   UNSECURED         1806.27          .00         1387.99
CAPITAL ONE FINANCIAL      UNSECURED          152.86          .00          117.46
CAPITAL ONE FINANCIAL      UNSECURED         2901.29          .00         2229.43
ECAST SETTLEMENT CORPORA   UNSECURED        14872.07          .00        11428.12
RESURGENT CAPITAL SERVIC   UNSECURED        11036.86          .00         8481.04
CITIBANK NA                UNSECURED        NOT FILED         .00            .00
DISCOVER BANK              UNSECURED         5794.46          .00         4452.63
ECAST SETTLEMENT CORPORA   UNSECURED        17622.40          .00        13541.55
BANK ONE DELAWARE          UNSECURED        11930.34          .00         9167.61
ECAST SETTLEMENT CORPORA   UNSECURED        12711.45          .00         9767.84
KOHLS                      UNSECURED          215.91          .00          165.91
PROVIDIAN NATIONAL BANK    UNSECURED        NOT FILED         .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          378.92          .00          291.17
US BANK                    UNSECURED        15216.84          .00        11693.05
        Summary of disbursements:

                         SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED       2006.09          .00     105942.02         .00    107948.11
PRINCIPAL PAID           2006.09          .00      81408.85         .00     83414.94
INTEREST PAID              70.43          .00           .00         .00        70.43
TOTAL PAID               2076.52          .00      81408.85         .00     83485.37
The Debtor's attorney, DAVID M SIEGEL                 , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   3814.63 .
```

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/14/07                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE